UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON,<br><br>    Petitioner,<br><br>    v.<br><br>BOB BONTA,<br><br>    Respondent. | No.  2:23-cv-1389 DJC DB P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. §2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 302.

On August 15, 2023, the Magistrate Judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed August 15, 2023 (ECF No. 5) are adopted in full;

1

    2. This action is dismissed as duplicative of previously filed actions;

    3. Petitioner's motion for injunctive relief (ECF No. 4) is denied;

    4. Petitioner's motion for "legal deportation" or a release date (ECF No. 6) is denied; and

    5. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

Dated: __October 6, 2023__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DLB:9/cald1389.800.hc